INFORMATION SHEET

DEFENDANT:  CHRISTOPHER BRIAN VALDES

YEAR OF BIRTH: 1987

ADDRESS: WELLINGTON, FLORIDA

<u>COMPLAINT FILED</u>?  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  _____ YES  __X__ NO

OFFENSES:       Count 1:  18 U.S.C. § 1343, Wire Fraud

LOCATION OF OFFENSE: DENVER COUNTY, COLORADO

PENALTY:        <u>Count 1</u>: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

AGENT:          Cullen J. Morgan
                Treasury Inspector General for Tax Administration

                Heather McCormick
                United States Small Business Administration

AUTHORIZED BY: Nicole C. Cassidy
               Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

_____ other

THE GOVERNMENT will not seek detention in this case.

OCDETF case: NO